**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-15988-CAD |
| | § | |
| JAMES SR. KOCH | § | |
| JUDITH KOCH | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/19/2012. The undersigned trustee was appointed on 04/19/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.   The trustee realized gross receipts of                                             $13,056.36

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $375.00 |
    | Bank service fees | $270.12 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |

    Leaving a balance on hand of[1]                                                    $12,411.24

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/27/2012 and the deadline for filing government claims was 12/27/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,055.64. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,055.64, for a total compensation of $2,055.64[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $9.58, for total expenses of $9.58.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/28/2014         By:   /s/ David P. Leibowitz
                               Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 12-15988-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KOCH, JAMES SR. AND KOCH, JUDITH | Date Filed (f) or Converted (c): | 04/19/2012 (f) |
| For the Period Ending: | 1/28/2014 | §341(a) Meeting Date: | 06/19/2012 |
| | | Claims Bar Date: | 12/27/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  7837 S. Nashville Avenue Burbank, Illinois 60459 Single Family Dwelling Value Per Zillow.com | $151,400.00 | $0.00 | | $0.00 | FA |
| 2  3 Acres of Undeveloped Land in Alabama Value Per Tax Assessment | $2,300.00 | $2,300.00 | | $0.00 | FA |
| 3  Timeshare with Appleland | Unknown | $0.00 | | $0.00 | FA |
| 4  Marquette Bank Checking Acount | $3,245.00 | $0.00 | | $0.00 | FA |
| 5  Standard Bank Checking Account | $986.00 | $0.00 | | $0.00 | FA |
| 6  Old National Bank Savings Account Old National Bank has Lien on Account Stemming from Personal Loan | $13,206.00 | $0.00 | | $0.00 | FA |
| 7  Misc Furniture & Appliances | $1,200.00 | $1,200.00 | | $0.00 | FA |
| 8  Books and Art Objects | $250.00 | $250.00 | | $0.00 | FA |
| 9  Misc Clothing/Wearing Apparel | $300.00 | $0.00 | | $0.00 | FA |
| 10  Wedding Rings, Watches, Earrings, Necklaces, Costume Jewelry | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 11  Camera, Golf Clubs, and Fishing Equipment | $300.00 | $300.00 | | $0.00 | FA |
| 12  Prudential Universal Life Insurance Policy | Unknown | $0.00 | | $0.00 | FA |
| 13  Prime America Universal Life Insurance Policy | Unknown | $0.00 | | $0.00 | FA |
| 14  Liberty IRA | $52,105.01 | $52,105.01 | | $0.00 | FA |
| 15  Fidelity IRA | $28,885.36 | $28,885.36 | | $0.00 | FA |
| 16  H & R Block Stock - 630 Shares at $16.88 | $10,634.44 | $10,634.44 | | $13,056.36 | FA |
| 17  Various Outstanding Accounts Receivable from Dissolved Business 50% Interest with Son and Daughter-in-Law | Unknown | $0.00 | | $0.00 | FA |
| 18  2007 Hyundai Santa Fe GLS with 67,800 Value Per KBB, PPV | $11,262.00 | $2,693.00 | | $0.00 | FA |
| 19  1995 Mercury Cougar Bostonian with 71,180 Value Per KBB, PPV | $1,225.00 | $1,225.00 | | $0.00 | FA |
| 20  Desks, Chairs, Bookshelves, Computers | $300.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                             **Gross Value of Remaining Assets**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2
Exhibit A

| Case No.: | 12-15988-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KOCH, JAMES SR. AND KOCH, JUDITH | | Date Filed (f) or Converted (c): | 04/19/2012 (f) |
| For the Period Ending: | 1/28/2014 | | §341(a) Meeting Date: | 06/19/2012 |
| | | | Claims Bar Date: | 12/27/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| | $278,598.81 | $100,592.81 | | $13,056.36 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/18/2012 | H&R Block Stock $13,056.00 |
| 10/25/2012 | ---- |
| 01/17/2013 | Review Claims and Prepare TFR |
| 03/05/2013 | Reviewed Claims in Preparation of TFR |
| 03/06/2013 | To Employ Accountant for to prepare Estate's tax return. |
| 03/06/2013 | To Employ Accountant for to prepare Estate's tax return. |
| 06/05/2013 | Lois West preparing estate's tax return. |
| 11/19/2013 | Prompt Determination Letter received from the IRS. |

**Initial Projected Date Of Final Report (TFR):** 12/31/2012

**Current Projected Date Of Final Report (TFR):** 09/30/2013

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-15988-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KOCH, JAMES SR. AND KOCH, JUDITH | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9141 | | Checking Acct #: | ******8801 |
| Co-Debtor Taxpayer ID #: | **-***9142 | | Account Title: | |
| For Period Beginning: | 4/19/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/28/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/22/2012 | (16) | Wells Fargo Bank, N.A., Agent | Funds from the Sale of H & R Block Stocks. | 1129-000 | $13,056.36 | | $13,056.36 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.75 | $13,051.61 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $21.74 | $13,029.87 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $19.66 | $13,010.21 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.99 | $12,989.22 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $18.93 | $12,970.29 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.93 | $12,949.36 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.22 | $12,929.14 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.20 | $12,906.94 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $18.81 | $12,888.13 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.79 | $12,867.34 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.10 | $12,845.24 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $18.72 | $12,826.52 |
| 10/01/2013 | 3001 | Illinois Department of Revenue | 2012 Tax return - Estate of Judith Koch 12-15988 | 2810-000 | | $375.00 | $12,451.52 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.22 | $12,431.30 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.06 | $12,411.24 |
| | | | **TOTALS:** | | $13,056.36 | $645.12 | $12,411.24 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $13,056.36 | $645.12 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $13,056.36 | $645.12 | |

| **For the period of 4/19/2012 to 1/28/2014** | | **For the entire history of the account between 10/22/2012 to 1/28/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $13,056.36 | Total Compensable Receipts: | $13,056.36 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,056.36 | Total Comp/Non Comp Receipts: | $13,056.36 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $645.12 | Total Compensable Disbursements: | $645.12 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $645.12 | Total Comp/Non Comp Disbursements: | $645.12 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |  | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 12-15988-CAD | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | KOCH, JAMES SR. AND KOCH, JUDITH | | | **Bank Name:** | | Green Bank |
| **Primary Taxpayer ID #:** | **-***9141 | | | **Checking Acct #:** | | ******8801 |
| **Co-Debtor Taxpayer ID #:** | **-***9142 | | | **Account Title:** | | |
| **For Period Beginning:** | 4/19/2012 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 1/28/2014 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $13,056.36 | $645.12 | $12,411.24 |

| **For the period of 4/19/2012 to 1/28/2014** | | **For the entire history of the case between 04/19/2012 to 1/28/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $13,056.36 | Total Compensable Receipts: | $13,056.36 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,056.36 | Total Comp/Non Comp Receipts: | $13,056.36 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $645.12 | Total Compensable Disbursements: | $645.12 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $645.12 | Total Comp/Non Comp Disbursements: | $645.12 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| **Case No.** | 12-15988-CAD | | | | | | | | **Trustee Name:** David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| **Case Name:** | KOCH, JAMES SR. AND KOCH, JUDITH | | | | | | | | **Date:** 1/28/2014 |
| **Claims Bar Date:** | 12/27/2012 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan  60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $770.00 | $0.00 | $0.00 | $0.00 | $770.00 |
| | POPOWCER KATTEN<br><br>35 E. Wacker Drive Suite 1550<br>Chicago IL 60601 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $888.00 | $0.00 | $0.00 | $0.00 | $888.00 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $9.58 | $0.00 | $0.00 | $0.00 | $9.58 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $2,055.64 | $0.00 | $0.00 | $0.00 | $2,055.64 |
| 1 | NORTHWEST TRUCKS OF BOLINGBROOK<br><br>201 West Frontage Rd South<br>Bolingbrook IL 60440 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,884.93 | $0.00 | $0.00 | $0.00 | $1,884.93 |
| 2 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $13,980.98 | $0.00 | $0.00 | $0.00 | $13,980.98 |
| 3 | GENUINE PARTS CO<br><br>dba Napa Auto Parts<br>19 S. LaSalle, Suite 701<br>Chicago IL 60603 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,515.87 | $0.00 | $0.00 | $0.00 | $5,515.87 |
| 4 | PORTFOLIO INVESTMENTS II LLC<br><br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $372.56 | $0.00 | $0.00 | $0.00 | $372.56 |

**Claim Notes:**     Transfer of Claim. Transferor: GE Capital Retail Bank

| Case No.: | 12-15988-CAD | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | KOCH, JAMES SR. AND KOCH, JUDITH | | | | | | | Date: | 1/28/2014 |
| Claims Bar Date: | 12/27/2012 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | CREDIT FIRST NA<br><br>Po Box 818011<br>Cleveland OH 44181 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $794.78 | $0.00 | $0.00 | $0.00 | $794.78 |
| 6 | CAPITAL ONE, N.A.<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $214.30 | $0.00 | $0.00 | $0.00 | $214.30 |

**Claim Notes:**    (6-1) CREDIT CARD DEBT

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 7 | ECAST SETTLEMENT CORP.<br><br>Assignee of Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $61.76 | $0.00 | $0.00 | $0.00 | $61.76 |
| | | | | | $26,548.40 | $0.00 | $0.00 | $0.00 | $26,548.40 |

**CLAIMS ANALYSIS REPORT**                                                              Page No: 3
                                                                                         Exhibit C

| | | |
|---|---|---|
| **Case No.** 12-15988-CAD | | **Trustee Name:** David Leibowitz |
| **Case Name:** KOCH, JAMES SR. AND KOCH, JUDITH | | **Date:** 1/28/2014 |
| **Claims Bar Date:** 12/27/2012 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Accountant for Trustee Fees (Other Firm) | $888.00 | $888.00 | $0.00 | $0.00 | $0.00 | $888.00 |
| Attorney for Trustee Fees (Trustee Firm) | $770.00 | $770.00 | $0.00 | $0.00 | $0.00 | $770.00 |
| General Unsecured § 726(a)(2) | $8,409.88 | $8,409.88 | $0.00 | $0.00 | $0.00 | $8,409.88 |
| Payments to Unsecured Credit Card Holders | $14,353.54 | $14,353.54 | $0.00 | $0.00 | $0.00 | $14,353.54 |
| Tardy General Unsecured § 726(a)(3) | $61.76 | $61.76 | $0.00 | $0.00 | $0.00 | $61.76 |
| Trustee Compensation | $2,055.64 | $2,055.64 | $0.00 | $0.00 | $0.00 | $2,055.64 |
| Trustee Expenses | $9.58 | $9.58 | $0.00 | $0.00 | $0.00 | $9.58 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 12-15988-CAD
Case Name: JAMES SR. KOCH
JUDITH KOCH
Trustee Name: David P. Leibowitz

Balance on hand: $12,411.24

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $12,411.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $2,055.64 | $0.00 | $2,055.64 |
| David P. Leibowitz, Trustee Expenses | $9.58 | $0.00 | $9.58 |
| Lakelaw, Attorney for Trustee Fees | $770.00 | $0.00 | $770.00 |
| POPOWCER KATTEN, Accountant for Trustee Fees | $888.00 | $0.00 | $888.00 |

Total to be paid for chapter 7 administrative expenses: $3,723.22
Remaining balance: $8,688.02

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $8,688.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $8,688.02 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $22,763.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Northwest Trucks of Bolingbrook | $1,884.93 | $0.00 | $719.42 |
| 2 | Capital One Bank (USA), N.A. | $13,980.98 | $0.00 | $5,336.06 |
| 3 | Genuine Parts Co | $5,515.87 | $0.00 | $2,105.22 |
| 4 | Portfolio Investments II LLC | $372.56 | $0.00 | $142.19 |
| 5 | Credit First NA | $794.78 | $0.00 | $303.34 |
| 6 | Capital One, N.A. | $214.30 | $0.00 | $81.79 |

|  | Total to be paid to timely general unsecured claims: | $8,688.02 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $61.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 7 | eCAST Settlement Corp. | $61.76 | $0.00 | $0.00 |

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**