**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  §  Case No. 12-15988-CAD
  §
JAMES SR. KOCH  §
JUDITH KOCH  §
  §
  §
Debtor(s)  §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/26/2014, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/30/2014   By: /s/ David P. Leibowitz
   Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 12-15988-CAD
§
JAMES SR. KOCH §
JUDITH KOCH §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $13,056.36
*and approved disbursements of* $645.12
*leaving a balance on hand of[1]:* $12,411.24

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $12,411.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $2,055.64 | $0.00 | $2,055.64 |
| David P. Leibowitz, Trustee Expenses | $9.58 | $0.00 | $9.58 |
| Lakelaw, Attorney for Trustee Fees | $770.00 | $0.00 | $770.00 |
| POPOWCER KATTEN, Accountant for Trustee Fees | $888.00 | $0.00 | $888.00 |

Total to be paid for chapter 7 administrative expenses: $3,723.22
Remaining balance: $8,688.02

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $8,688.02 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $8,688.02 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $22,763.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Northwest Trucks of Bolingbrook | $1,884.93 | $0.00 | $719.42 |
| 2 | Capital One Bank (USA), N.A. | $13,980.98 | $0.00 | $5,336.06 |
| 3 | Genuine Parts Co | $5,515.87 | $0.00 | $2,105.22 |
| 4 | Portfolio Investments II LLC | $372.56 | $0.00 | $142.19 |
| 5 | Credit First NA | $794.78 | $0.00 | $303.34 |
| 6 | Capital One, N.A. | $214.30 | $0.00 | $81.79 |

|  | Total to be paid to timely general unsecured claims: | $8,688.02 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $61.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 7 | eCAST Settlement Corp. | $61.76 | $0.00 | $0.00 |

        Total to be paid to tardily filed general unsecured claims:    $0.00
        Remaining balance:    $0.00

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

        Total to be paid for subordinated claims:    $0.00
        Remaining balance:    $0.00

        Prepared By:  /s/ David P. Leibowitz
                            Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                              Case No. 12-15988-CAD
James Sr. Koch                                                      Chapter 7
Judith Koch
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: wepps              Page 1 of 4          Date Rcvd: Feb 03, 2014
                              Form ID: pdf006          Total Noticed: 110


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2014.
db/jdb      +James Sr. Koch,    Judith Koch,    7837 S. Nashville,    Burbank, IL 60459-1142
aty         +Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
18798242    +Afni, Inc. (Original Creditor:Us Cellula,     Po Box 3097,    Bloomington, IL 61702-3097
18864649    +Ajax Linen & Uniform,    1005 Geneva Street,    Shorewood, IL 60404-9409
18864652    +Andromeda Technology Solutions,    16624 West 159th Street,     Suite 600,    Lockport, IL 60441-8017
18906200    +Beaver Creek Enterprises, Inc.,    801 Rowell Ave.,     Joliet, IL 60433-2524
18864654    +Beaver Creek Enterprisw, Inc,    801 Rowell Ave,    Joliet, IL 60433-2524
18798243    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
18864660    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citicorp Credit Services,    P O Box 20507,    Kansas City, MO 64195)
19563448     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
19775251     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18864657    +CarQuest of New Lenox IL,    P O Box 503589,    Saint Louis, MO 63150-3589
18798244    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18798246    +Citi,    P.O. Box 6077,    Sioux Falls, SD 57117-6077
18798245    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
18798247    +Citibank, N.A.,    399 Park Avenue,    New York, NY 10022-4699
18906210    +City of Joliet - Alarm System Manager,    150 W. Washington Street,    Joliet, IL 60432-4139
18864661    +City of Joliet-Alarm,    System Mamager,    150 W Washington St,    Joliet, IL 60432-4139
18864662    +Credit Discount Audit Co,    415 E Main St,    P O Box 213,    Streator, IL 61364-0213
18798248    +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
19766346    +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
18906212    +Creditors Discount,    415 E Main St,    Streator, IL 61364-2927
18798249    +Creditors Discount & A (Original Credito,    415 E Main St,    Streator, IL 61364-2927
18906213    +Creditors Discount Audit Co.,    415 E. Main Street,    Po Box 213,    Streator, IL 61364-0213
18864663    +Dellwood Tire & Auto Corp,    711 S. State Street,    Lockport, IL 60441-3062
18864664    +Dick’s Towing Service, Inc,    911 N Broadway Street,    Joliet, IL 60435-6209
18798250     Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
18798251    +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
18864665    +Freedman Anselmo Lindberg LLC,    P O Box 3228,    Naperville, IL 60566-3228
18864667    +Genuine Parts Co,    dba Napa Auto Parts,    19 S. LaSalle, Suite 701,    Chicago, IL 60603-1431
18906220    +Genuine Parts Co.,    Napa Auto Parts,    5959 Collections Center Drive,    Chicago, IL 60693-0059
18798253    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc Bank,    Po Box 52530,    Carol Stream, IL 60196)
18864669    +HSBC Bank,    P O Box 5253,    Carol Stream, IL 60197-5253
18864670    +HSBC Menards,    PO Box 4160,    Carol Stream, IL 60197-4160
18906223    +Hsbc Mernards,    Po Box 4160,    Carol Stream, IL 60197-4160
18798254    +Hsbc/Mnrds,    90 Christiana Road,    New Castle, DE 19720-3118
18864671    +Interstate Battery System,    of Southwest,    11912 South Spaulding,    School Drive,
               Plainfield, IL 60585-9501
18864674    +JX Enterprises,    P O Box 689958,    Chicago, Il 60695-9958
18906226    +Jim and Renee Perry,    2 St. Clair Lane,    New Lenox, IL 60451-2695
18864673    +Joliet Suspension Inc,    809 Larkin Ave,    Joliet, IL 60436-2453
18864675    +Keller-Heartt Company,    4411 S. Tripp Ave,    Chicago, IL 60632-4320
18798255    +Kenneth J. Donkel,    7220 W. 194th Street,    Tinley Park, IL 60487-9228
18798257     Marquette Bank,    1000 West 151st Street,    Orland Park, IL 60462
18798258    +Marquette National Ban,    6316 S Western Ave,    Chicago, IL 60636-2491
18906232    +Marquette National Bank,    6316 S Western Avenue,    Chicago, IL 60636-2491
18864676     Master Hydraulics,    & Machining Co Inc,    450 Morse Ave,    Schaumburg, IL 60193
18798259    +Med Busi Bur (Original Creditor:Medical),    1460 Renaissance D Suite 400,
               Park Ridge, IL 60068-1349
18906234    +Medical Business Bureau,    1460 Renaissance D Suite 400,    Park Ridge, IL 60068-1349
18864677     Midway Truck Parts, Inc,    2115 Oak Leaf Street,    Bridgeview, IL 60455
18864678    +Midwest Center for,    Digestive Health,    9921 South West Highway,    Oak Lawn, IL 60453-3773
18864679    +Morton Grove Automotive West,    500 S. Arthur Avenue,    Arlington Heights, IL 60005-2141
18864680    +Motion Indudtries, Inc,    P O Box 98412,    Chicago, Il 60693-8412
18906238    +Motion Industries, Inc.,    PO Box 98412,    Chicago, IL 60693-8412
18864681    +Motive Parts CO-FMP,    1380 Corporate Center Cuve,    Saint Paul, MN 55121-1200
18906239    +Motive Parts Co. - FMP,    1380 Corporate Center Curve,    Saint Paul, MN 55121-1200
18798260    +Mrsi (Original Creditor:Ingalls Memorial,    2250 E Devon Ave Ste 352,
               Des Plaines, IL 60018-4521
18798261    +Nationwide Credit & Co (Original Credito,    815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
18798262     Nco Fin/55 (Original Creditor:Midwest Ce,    Po Box 13570,    Philadelphia, PA 19101
18864683    +Northwest Food & Sterling Truck,    4000 N Mannheim Rd,    Franklin Park, IL 60131-1208
18864684     Northwest Trucks of Bolingbrook,    201 West Frontage Rd South,    Bolingbrook, IL 60440
18864685    +NuWay Disposal Service, Inc,    P O Box 9,    Mokena, IL 60448-0009
18906248    +Palos Community Hospital,    12251 S. 80th Ave,    Palos Heights, IL 60463-0930
18864686    +Palos Community Hospital,    12251 S. 80th Ave,    PalosHeights, IL 60463-0930
18864687    +Patten Industries Inc,    4539 Solutions Center,    Chicago, Il 60677-4005
18864688    +Perry’s Truck & Equipment,    Repair Inc,    2221 Maple Road,    Joliet, IL 60432-9619
18864689    +Pitney Bowes,    P O Box 371896,    Pittsburgh, PA 15250-7896
18864690     Polar Service Center,    132 Souith Harris Drive,    Joliet, Il 60436
```

```
District/off: 0752-1          User: wepps                 Page 2 of 4                   Date Rcvd: Feb 03, 2014
                              Form ID: pdf006             Total Noticed: 110


18906252     +Polar Service Centers,    132 South Harris Drive,    Joliet, IL 60436-8001
18864691     +Pulmonary & Critical Care,    700 E Ogden,    Westmont, IL 60559-1296
18864692     +Quest Diagnostics,    P O Box 809403,    Chicago, IL 60680-9403
18864693     +Quill.Com,    P O Box 37600,    Philadelphia, PA 19101-0600
18864695     +RenJim Properties,    2 St Clair Lane,    New Lenox, Il 60451-2695
18864694     +Rendel's GMC Inc,    40 Mills Road,    Joliet, IL 60433-2727
18864696     +Rex Radiator & Welding Co Inc,    483 S Evergreen,    Bensenville, IL 60106-2505
18864697     +Robert L Sarsfield,    16724 Parker Rd,    Homer Glen, IL 60491-8436
18864698     +Ron Tirapelli Ford, Inc,    4355 W Jefferson Street,    Shorewood, IL 60404-4700
18906263     +Sonnenschein Financial Services,    2 Transam Plaza Drive, Suite 3,
               Oakbrook Terrace, IL 60181-4823
18798264     +Sonnenschein Fnl Svcs (Original Creditor,    2 Transam Plaza Dr Ste 3,
               Oakbrook Terrace, IL 60181-4823
18864700     +Sound & Secure, Inc,    25860 W Prairie Hill Lane,    Plainfield, IL 60585-5702
18864701     +Taylor Chrysler Dodge,    1497 N State Route 50,    Bourbonnais, IL 60914-4486
18864702     +Teller Levit & Silvertrust P.C.,    19 South LaSalle Street Ste 701,    Chicago, IL 60603-6369
18798265     +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
18864703     +US Gas,    11618 South Mayfield,    Alsip, IL 60803-6010
18864704     +UZ Engineered Products,    P O Box 74186,    Cleveland, OH 44194-0002
18864705     +Weller Truck Parts LLC,    1500 Gezon Parkway,    Wyoming, MI 49509-9585
18864706     +William P Danna Ltd SC,    1105 W Burlington Ave,    Western Springs, IL 60558-1586
21245857     +eCAST Settlement Corp.,    Assignee of Capital One, N.A.,   c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18864648     +E-mail/PDF: recoverybankruptcy@afninet.com Feb 04 2014 01:26:54    Afini,   P O Box 3517,
               Bloomington, IL 61702-3517
18906194     +E-mail/PDF: recoverybankruptcy@afninet.com Feb 04 2014 01:27:15    Afni,   P.O. Box 3517,
               Bloomington, IL 61702-3517
18864650     +E-mail/Text: ally@ebn.phinsolutions.com Feb 04 2014 01:13:13    Ally,   P O Box 380901,
               Minneapolis, MN 55438-0901
18864651     +E-mail/Text: bkrpt@retrievalmasters.com Feb 04 2014 01:14:23    Americam Medical,
               4 Weschester Plaza Ste 110,    Elmford, NY 10523-1615
18906197     +E-mail/Text: bkrpt@retrievalmasters.com Feb 04 2014 01:14:23    American Medical,
               4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
18864653     +E-mail/Text: g17768@att.com Feb 04 2014 01:13:16    At&T,   P O Box 8100,
               Aurora, IL 60507-8100
18906202     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 04 2014 01:29:59    Capital One, N.A.,
               c/o American Infosource,    P.O. Box 54529,   Oklahoma City, OK 73154-1529
18864656     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 04 2014 01:25:50    Capital One, NA,
               C/o American Infosource,    P O Box 54529,   Oklahoma City, OK 73154-1529
18864666     +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2014 01:29:52    GE Capital Retail,
               Consumer Finance,   1600 Summer Street Fifth Fl,    Stamford, CT 06905-5125
19591933      E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2014 01:29:54    GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18798252     +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2014 01:29:52    Gecrb/Sams Club,   Po Box 981400,
               El Paso, TX 79998-1400
18864668     +E-mail/Text: scd_bankruptcynotices@grainger.com Feb 04 2014 01:14:24    Grainger,
               7300 N Melvina Ave,    Niles, Il 60714-3998
18906231     +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 04 2014 01:13:26    Kohl's Credit,
               N56 W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
18798256      E-mail/Text: bnckohlsnotices@becket-lee.com Feb 04 2014 01:13:26    Kohls/Cap1,   Po Box 3115,
               Milwaukee, WI 53201-3115
18906242      E-mail/Text: bankruptcydepartment@ncogroup.com Feb 04 2014 01:15:01    Nco Financial,
               Po Box 13570,    Philadelphia, PA 19101
18906240     +Fax: 847-227-2151 Feb 04 2014 03:26:02     Mrsi,   2250 E Devon Ave Ste 352,
               Des Plaines, IL 60018-4521
18864682     +E-mail/Text: bankrup@aglresources.com Feb 04 2014 01:13:05    Nicor Gas,   P O Box 0632,
               Aurora, Il 60507-0632
18864646     +E-mail/Text: bankruptcy@oldnational.com Feb 04 2014 01:14:19    Old National Bank,
               P O Box 3728,    Evansville, IN 47736-3728
18798263     +E-mail/Text: bankruptcy@oldnational.com Feb 04 2014 01:14:19    Old Ntl Bk,   Box 718,
               Evansville, IN 47705-0718
20354127      E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2014 01:29:54    Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
20354153      E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2014 01:29:55
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
18864699     +E-mail/Text: bankruptcy@safety-kleen.com Feb 04 2014 01:13:46    Safety-Kleen,   P O Box 382066,
               Pittsburgh, PA 15250-8066
18906262     +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2014 01:27:39    Sams Club,   P.O. Box 981064,
               El Paso, TX 79998-1064
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18864659       Cit Group, Inc,   200 West Northtown Rd
18906206       Cit Group, Inc,   200 West Northtown Road
18864672       James G Richert Pc,    10723 W 159th Street,    IL 60767
18906225       James G. Richert P.C.,    10723 W. 159th Street,    IL 60767
```

```
District/off: 0752-1           User: wepps                 Page 3 of 4                  Date Rcvd: Feb 03, 2014
                               Form ID: pdf006             Total Noticed: 110

18906199*       +AT&T,    Po Box 8100,    Aurora, IL 60507-8100
18906193*       +Access Fleet/Fleet One,    1512 Highway 395,    Suite 3,    Gardnerville, NV 89410-5283
18906195*       +Ajax Linen & Uniform,    1005 Geneva Street,    Shorewood, IL 60404-9409
18906196*       +Ally,    P.O. Box 380901,    Minneapolis, MN 55438-0901
18906198*       +Andromeda Technology Solutions,    16624 West 159th Street,    Suite 600,    Lockport, IL 60441-8017
18906209*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citicorp Credit Services,    P.O. Box 20507,    Kansas City, MO 64195)
18906203*       +CarQuest of New Lenox IL,    PO Box 503589,    Saint Louis, MO 63150-3589
18906204*       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18906205*       +Chicago International Trucks,    273 Marquette Drive,    Bolingbrook, IL 60440-3600
18906207*       +Citi,    P.O. Box 6077,    Sioux Falls, SD 57117-6077
18906208*       +Citibank, N.A.,    399 Park Avenue,    New York, NY 10022-4699
18906211*       +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
19766349*       +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
18906214*       +Dellwood Tire & Auto Corp.,    711 S. State Street,    Lockport, IL 60441-3062
18906215*       +Dick's Towing Service, Inc,    911 N. Broadway Street,    Joliet, IL 60435-6209
18906216*        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
18906217*       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
18906218*       +Freedman Anselmo Lindberg LLC,    Po Box 3228,    Naperville, IL 60566-3228
18906219*       +GE Capital Retail Consumer Finance,    1600 Summer Street,    Fifth Floor,
                 Stamford, CT 06905-5125
18906221*       +Grainger,    7300 N. Melvina Ave.,    Niles, IL 60714-3998
18906222*       +HSBC Bank,    P.O Box 5253,    Carol Stream, IL 60197-5253
18906224*       +Interstate Battery System of Southwest,    11912 South Spaulding,    School Drive,
                 Plainfield, IL 60585-9501
18906228*       +JX Enterprises,    P.O. Box 689958,    Chicago, IL 60695-9958
18906227*       +Joliet Suspension Inc,    809 Larkin Avenue,    Joliet, IL 60436-2453
18906229*       +Keller-Heartt Company,    4411 S Tripp Avenue,    Chicago, IL 60632-4320
18906230*       +Kenneth J. Donkel,    7220 W. 194th Street,    Tinley Park, IL 60487-9228
18906233*        Master Hydraulics & Machining Co., Inc.,    450 Morse Ave.,    Schaumburg, IL 60193
18906235*        Midway Truck Parts, Inc,    2115 Oak Leaf Street,    Bridgeview, IL 60455
18906236*       +Midwest Center for Digestive Health,    9921 South West Highway,    Oak Lawn, IL 60453-3754
18906237*       +Morton Grove Automotive West,    500 S. Arthur Avenue,    Arlington Heights, IL 60005-2141
18906243*       +Nicor Gas,    Po Box 0632,    Aurora, IL 60507-0632
18906244*       +Northwest Food & Sterling Truck,    4000 N. Mannheim Road,    Franklin Park, IL 60131-1208
18906245*        Northwest Trucks of Bolingbrook,    201 West Frontage Road South,    Bolingbrook, IL 60440
18906246*       +NuWay Disposal Service, Inc,    PO Box 9,    Mokena, IL 60448-0009
18906247*       +Old National Bank,    P.O. Box 3728,    Evansville, IN 47736-3728
18906249*       +Patten Industries Inc,    4539 Solutions Center,    Chicago, IL 60677-4005
18906250*       +Perry's Truck & Equipment Repair, Inc.,    2221 Maple Road,    Joliet, IL 60432-9619
18906251*       +Pitney Bowes,    P.O. Box 371896,    Pittsburgh, PA 15250-7896
18906253*       +Pulmonary & Critical Care,    700 E. Ogden,    Westmont, IL 60559-1296
18906254*       +Quest Diagnostics,    PO Box 809403,    Chicago, IL 60680-9403
18906255*       +Quill.com,    PO Box 37600,    Philadelphia, PA 19101-0600
18906257*       +RenJim Properties,    2 St. Clair Lane,    New Lenox, IL 60451-2695
18906256*       +Rendel's GMC, Inc.,    40 Mills Road,    Joliet, IL 60433-2727
18906258*       +Rex Radiator and Welding Co., Inc.,    483 S. Evergreen,    Bensenville, IL 60106-2505
18906259*       +Robert L. Sarsfield,    16724 Parker Road,    Homer Glen, IL 60491-8436
18906260*       +Ron Tirapelli Ford, Inc.,    4355 W. Jefferson Street,    Shorewood, IL 60404-4700
18906261*       +Safety-Kleen,    PO Box 382066,    Pittsburgh, PA 15250-8066
18906264*       +Sonnenschein Financial Services,    2 Transam Plaza Drive, Ste 3,
                 Oakbrook Terrace, IL 60181-4823
18906265*       +Sound & Secure, Inc,    25860 W. Prairie Hill Lane,    Plainfield, IL 60585-5702
18906266*       +Taylor Chrysler Dodge,    1497 N. State Route 50,    Bourbonnais, IL 60914-4486
18906267*       +Teller Levit & Silvertrust P.C.,    19 South LaSalle Street,    Suite 701,    Chicago, IL 60603-6369
18906268*       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
18906269*       +US Gas,    11618 South Mayfield,    Alsip, IL 60803-6010
18906270*       +UZ Engineered Products,    PO Box 74186,    Cleveland, OH 44194-0002
18906271*       +Weller Truck Parts, LLC,    1500 Gezon Parkway,    Wyoming, MI 49509-9585
18906272*       +William P. Danna Ltd., SC,    1105 W. Burlington Avenue,    Western Springs, IL 60558-1586
18864647       ##+Access Fleet/Fleet One,    1512 Highway 395 Ste 3,    Gardnerville, NV 89410-5283
18864655       ##+Bettenhausen & Jarman Ltd,    17400 South Oak Park Ave,    Tinley Park,   60477-4437
18906201       ##+Bettenhausen & Jarman, Ltd.,    17400 South Oak Park Avenue,    Tinley Park, IL 60477-4437
18864658       ##+Chicago International Trucks,    273 Marquette Drive,    Bolingbrook, IL 60440-3600
18906241       ##+Nationwide Credit & Co,    815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
                                                                                               TOTALS: 4, * 56, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: wepps               Page 4 of 4           Date Rcvd: Feb 03, 2014
                              Form ID: pdf006           Total Noticed: 110
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2014                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2014 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ     on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ     on behalf of Accountant    Popowcer Katten LTD dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Mohammed O Badwan     on behalf of Joint Debtor Judith   Koch mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com
              Mohammed O Badwan     on behalf of Debtor James Sr.   Koch mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```