**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-15988-CAD |
| | § | |
| JAMES SR. KOCH | § | |
| JUDITH KOCH | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $224,564.37 | Assets Exempt: | $43,401.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $8,688.02 | Claims Discharged Without Payment: | $499,196.32 |
| Total Expenses of Administration: | $4,368.34 | | |

    3)    Total gross receipts of $13,056.36 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $13,056.36 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $140,257.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $4,368.34 | $4,368.34 | $4,368.34 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $518,335.03 | $22,825.18 | $22,825.18 | $8,688.02 |
| **Total Disbursements** | $658,592.03 | $27,193.52 | $27,193.52 | $13,056.36 |

4). This case was originally filed under chapter 7 on 04/19/2012. The case was pending for 26 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2014         By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| H & R Block Stock - 630 Shares at $16.88 | 1129-000 | $13,056.36 |
| **TOTAL GROSS RECEIPTS** | | $13,056.36 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marquette National Bank | 4110-000 | $127,051.00 | $0.00 | $0.00 | $0.00 |
| | Old National Bank | 4110-000 | $13,206.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $140,257.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,055.64 | $2,055.64 | $2,055.64 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $9.58 | $9.58 | $9.58 |
| Green Bank | 2600-000 | NA | $270.12 | $270.12 | $270.12 |
| Illinois Department of Revenue | 2810-000 | NA | $375.00 | $375.00 | $375.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $770.00 | $770.00 | $770.00 |
| POPOWCER KATTEN, Accountant for Trustee | 3410-000 | NA | $888.00 | $888.00 | $888.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,368.34 | $4,368.34 | $4,368.34 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Northwest Trucks of Bolingbrook | 7100-000 | $1,884.93 | $1,884.93 | $1,884.93 | $719.42 |
| 2 | Capital One Bank (USA), N.A. | 7100-900 | $13,980.00 | $13,980.98 | $13,980.98 | $5,336.06 |
| 3 | Genuine Parts Co | 7100-000 | $7,984.97 | $5,515.87 | $5,515.87 | $2,105.22 |
| 4 | Portfolio Investments II LLC | 7100-900 | $372.00 | $372.56 | $372.56 | $142.19 |
| 5 | Credit First NA | 7100-000 | $794.00 | $794.78 | $794.78 | $303.34 |
| 6 | Capital One, N.A. | 7100-000 | $214.00 | $214.30 | $214.30 | $81.79 |
| 7 | eCAST Settlement Corp. | 7200-000 | $61.00 | $61.76 | $61.76 | $0.00 |
|  | Access Fleet/Fleet One | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
|  | Afni | 7100-000 | $861.00 | $0.00 | $0.00 | $0.00 |
|  | Ajax Linen & Uniform | 7100-000 | $828.89 | $0.00 | $0.00 | $0.00 |
|  | Ally | 7100-000 | $8,475.77 | $0.00 | $0.00 | $0.00 |
|  | American Medical | 7100-000 | $821.00 | $0.00 | $0.00 | $0.00 |
|  | Andromeda Technology Solutions | 7100-000 | $879.92 | $0.00 | $0.00 | $0.00 |
|  | AT&T | 7100-000 | $602.03 | $0.00 | $0.00 | $0.00 |
|  | Beaver Creek Enterprises, Inc. | 7100-000 | $247.41 | $0.00 | $0.00 | $0.00 |
|  | Bettenhausen & Jarman, Ltd. | 7100-000 | $2,590.00 | $0.00 | $0.00 | $0.00 |
|  | CarQuest of New Lenox IL | 7100-000 | $323.15 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $2,270.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $7.00 | $0.00 | $0.00 | $0.00 |
|  | Chicago International Trucks | 7100-000 | $7,206.58 | $0.00 | $0.00 | $0.00 |
|  | Cit Group, Inc | 7100-000 | $549.79 | $0.00 | $0.00 | $0.00 |
|  | Citicorp Credit Services | 7100-000 | $14,520.00 | $0.00 | $0.00 | $0.00 |
|  | City of Joliet - Alarm System Manager | 7100-000 | $20.00 | $0.00 | $0.00 | $0.00 |
|  | Creditors Discount | 7100-000 | $107.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Creditors Discount Audit Co. | 7100-000 | $266.00 | $0.00 | $0.00 | $0.00 |
| Dellwood Tire & Auto Corp. | 7100-000 | $280.00 | $0.00 | $0.00 | $0.00 |
| Dick's Towing Service, Inc | 7100-000 | $3,383.00 | $0.00 | $0.00 | $0.00 |
| Equifax Information Services, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Experian Information Solutions, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Freedman Anselmo Lindberg LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Grainger | 7100-000 | $91.27 | $0.00 | $0.00 | $0.00 |
| HSBC Bank | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Interstate Battery System of | 7100-000 | $789.60 | $0.00 | $0.00 | $0.00 |
| James G. Richert P.C. | 7100-000 | $1,167.00 | $0.00 | $0.00 | $0.00 |
| Joliet Suspension Inc | 7100-000 | $66.04 | $0.00 | $0.00 | $0.00 |
| JX Enterprises | 7100-000 | $482.10 | $0.00 | $0.00 | $0.00 |
| Keller-Heartt Company | 7100-000 | $2,345.00 | $0.00 | $0.00 | $0.00 |
| Kenneth J. Donkel | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Master Hydraulics & Machining Co., | 7100-000 | $578.00 | $0.00 | $0.00 | $0.00 |
| Medical Business Bureau | 7100-000 | $960.00 | $0.00 | $0.00 | $0.00 |
| Midway Truck Parts, Inc | 7100-000 | $5,195.54 | $0.00 | $0.00 | $0.00 |
| Midwest Center for Digestive Health | 7100-000 | $58.02 | $0.00 | $0.00 | $0.00 |
| Morton Grove Automotive West | 7100-000 | $225.00 | $0.00 | $0.00 | $0.00 |
| Motion Industries, Inc. | 7100-000 | $116.00 | $0.00 | $0.00 | $0.00 |
| Motive Parts Co. - FMP | 7100-000 | $254.00 | $0.00 | $0.00 | $0.00 |
| Mrsi | 7100-000 | $886.00 | $0.00 | $0.00 | $0.00 |
| Nationwide Credit & Co | 7100-000 | $443.00 | $0.00 | $0.00 | $0.00 |
| Nco Financial | 7100-000 | $58.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Nicor Gas | 7100-000 | $925.00 | $0.00 | $0.00 | $0.00 |
| | Northwest Food & Sterling Truck | 7100-000 | $23.89 | $0.00 | $0.00 | $0.00 |
| | NuWay Disposal Service, Inc | 7100-000 | $199.69 | $0.00 | $0.00 | $0.00 |
| | Palos Community Hospital | 7100-000 | $201.56 | $0.00 | $0.00 | $0.00 |
| | Patten Industries Inc | 7100-000 | $2,061.36 | $0.00 | $0.00 | $0.00 |
| | Perry's Truck & Equipment Repair, | 7100-000 | $376,649.00 | $0.00 | $0.00 | $0.00 |
| | Pitney Bowes | 7100-000 | $68.74 | $0.00 | $0.00 | $0.00 |
| | Polar Service Centers | 7100-000 | $77.70 | $0.00 | $0.00 | $0.00 |
| | Pulmonary & Critical Care | 7100-000 | $1,143.00 | $0.00 | $0.00 | $0.00 |
| | Pulmonary & Critical Care | 7100-000 | $86.70 | $0.00 | $0.00 | $0.00 |
| | Pulmonary & Critical Care | 7100-000 | $401.00 | $0.00 | $0.00 | $0.00 |
| | Quest Diagnostics | 7100-000 | $74.50 | $0.00 | $0.00 | $0.00 |
| | Quill.com | 7100-000 | $119.86 | $0.00 | $0.00 | $0.00 |
| | Rendel's GMC, Inc. | 7100-000 | $1,965.56 | $0.00 | $0.00 | $0.00 |
| | RenJim Properties | 7100-000 | $14,750.00 | $0.00 | $0.00 | $0.00 |
| | Rex Radiator and Welding Co., Inc. | 7100-000 | $1,095.00 | $0.00 | $0.00 | $0.00 |
| | Robert L. Sarsfield | 7100-000 | $30.13 | $0.00 | $0.00 | $0.00 |
| | Ron Tirapelli Ford, Inc. | 7100-000 | $2,103.22 | $0.00 | $0.00 | $0.00 |
| | Safety-Kleen | 7100-000 | $135.84 | $0.00 | $0.00 | $0.00 |
| | Sonnenschein Financial Services | 7100-000 | $3,686.00 | $0.00 | $0.00 | $0.00 |
| | Sonnenschein Financial Services | 7100-000 | $2,207.00 | $0.00 | $0.00 | $0.00 |
| | Sound & Secure, Inc | 7100-000 | $480.00 | $0.00 | $0.00 | $0.00 |
| | Taylor Chrysler Dodge | 7100-000 | $734.18 | $0.00 | $0.00 | $0.00 |
| | Teller Levit & Silvertrust P.C. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Trans Union LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | US Gas | 7100-000 | $157.50 | $0.00 | $0.00 | $0.00 |
| | UZ Engineered Products | 7100-000 | $132.68 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  | | | | | |
|---|---|---|---|---|---|
| Weller Truck Parts, LLC | 7100-000 | $7,496.94 | $0.00 | $0.00 | $0.00 |
| William P. Danna Ltd., SC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $510,350.06 | $22,825.18 | $22,825.18 | $8,688.02 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 12-15988-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KOCH, JAMES SR. AND KOCH, JUDITH | Date Filed (f) or Converted (c): | 04/19/2012 (f) |
| For the Period Ending: | 6/13/2014 | §341(a) Meeting Date: | 06/19/2012 |
| | | Claims Bar Date: | 12/27/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  7837 S. Nashville Avenue Burbank, Illinois 60459 Single Family Dwelling Value Per Zillow.com | $151,400.00 | $0.00 | | $0.00 | FA |
| 2  3 Acres of Undeveloped Land in Alabama Value Per Tax Assessment | $2,300.00 | $2,300.00 | | $0.00 | FA |
| 3  Timeshare with Appleland | Unknown | $0.00 | | $0.00 | FA |
| 4  Marquette Bank Checking Acount | $3,245.00 | $0.00 | | $0.00 | FA |
| 5  Standard Bank Checking Account | $986.00 | $0.00 | | $0.00 | FA |
| 6  Old National Bank Savings Account Old National Bank has Lien on Account Stemming from Personal Loan | $13,206.00 | $0.00 | | $0.00 | FA |
| 7  Misc Furniture & Appliances | $1,200.00 | $1,200.00 | | $0.00 | FA |
| 8  Books and Art Objects | $250.00 | $250.00 | | $0.00 | FA |
| 9  Misc Clothing/Wearing Apparel | $300.00 | $0.00 | | $0.00 | FA |
| 10  Wedding Rings, Watches, Earrings, Necklaces, Costume Jewelry | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 11  Camera, Golf Clubs, and Fishing Equipment | $300.00 | $300.00 | | $0.00 | FA |
| 12  Prudential Universal Life Insurance Policy | Unknown | $0.00 | | $0.00 | FA |
| 13  Prime America Universal Life Insurance Policy | Unknown | $0.00 | | $0.00 | FA |
| 14  Liberty IRA | $52,105.01 | $52,105.01 | | $0.00 | FA |
| 15  Fidelity IRA | $28,885.36 | $28,885.36 | | $0.00 | FA |
| 16  H & R Block Stock - 630 Shares at $16.88 | $10,634.44 | $10,634.44 | | $13,056.36 | FA |
| 17  Various Outstanding Accounts Receivable from Dissolved Business 50% Interest with Son and Daughter-in-Law | Unknown | $0.00 | | $0.00 | FA |
| 18  2007 Hyundai Santa Fe GLS with 67,800 Value Per KBB, PPV | $11,262.00 | $2,693.00 | | $0.00 | FA |
| 19  1995 Mercury Cougar Bostonian with 71,180 Value Per KBB, PPV | $1,225.00 | $1,225.00 | | $0.00 | FA |
| 20  Desks, Chairs, Bookshelves, Computers | $300.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 12-15988-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KOCH, JAMES SR. AND KOCH, JUDITH | Date Filed (f) or Converted (c): | 04/19/2012 (f) |
| For the Period Ending: | 6/13/2014 | §341(a) Meeting Date: | 06/19/2012 |
| | | Claims Bar Date: | 12/27/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| | $278,598.81 | $100,592.81 | | $13,056.36 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 02/27/2014 | Distribution made. |
| 11/19/2013 | Prompt Determination Letter received from the IRS. |
| 06/05/2013 | Lois West preparing estate's tax return. |
| 03/06/2013 | To Employ Accountant for to prepare Estate's tax return. |
| 03/06/2013 | To Employ Accountant for to prepare Estate's tax return. |
| 03/05/2013 | Reviewed Claims in Preparation of TFR |
| 01/17/2013 | Review Claims and Prepare TFR |
| 10/25/2012 | ---- |
| 10/18/2012 | H&R Block Stock $13,056.00 |

**Initial Projected Date Of Final Report (TFR):** 12/31/2012
**Current Projected Date Of Final Report (TFR):** 09/30/2013

/s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | |
|---|---|---|---|---|
| Case No.| 12-15988-CAD | | Trustee Name: | David Leibowitz |
| Case Name: | KOCH, JAMES SR. AND KOCH, JUDITH | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9141 | | Checking Acct #: | ******8801 |
| Co-Debtor Taxpayer ID #: | **-***9142 | | Account Title: | |
| For Period Beginning: | 4/19/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/22/2012 | (16) | Wells Fargo Bank, N.A., Agent | Funds from the Sale of H & R Block Stocks. | 1129-000 | $13,056.36 | | $13,056.36 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.75 | $13,051.61 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $21.74 | $13,029.87 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $19.66 | $13,010.21 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.99 | $12,989.22 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $18.93 | $12,970.29 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.93 | $12,949.36 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.22 | $12,929.14 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.20 | $12,906.94 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $18.81 | $12,888.13 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.79 | $12,867.34 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.10 | $12,845.24 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $18.72 | $12,826.52 |
| 10/01/2013 | 3001 | Illinois Department of Revenue | 2012 Tax return - Estate of Judith Koch 12-15988 | 2810-000 | | $375.00 | $12,451.52 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.22 | $12,431.30 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.06 | $12,411.24 |
| 02/27/2014 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,055.64 | $10,355.60 |
| 02/27/2014 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $9.58 | $10,346.02 |
| 02/27/2014 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 770.00; Amount Allowed: 770.00; Distribution Dividend: 100.00; | 3110-000 | | $770.00 | $9,576.02 |
| 02/27/2014 | 3005 | POPOWCER KATTEN | Claim #: ; Amount Claimed: 888.00; Amount Allowed: 888.00; Distribution Dividend: 100.00; | 3410-000 | | $888.00 | $8,688.02 |
| 02/27/2014 | 3006 | Northwest Trucks of Bolingbrook | Claim #: 1; Amount Claimed: 1,884.93; Amount Allowed: 1,884.93; Distribution Dividend: 38.17; | 7100-000 | | $719.42 | $7,968.60 |
| 02/27/2014 | 3007 | Genuine Parts Co | Claim #: 3; Amount Claimed: 5,515.87; Amount Allowed: 5,515.87; Distribution Dividend: 38.17; | 7100-000 | | $2,105.22 | $5,863.38 |
| 02/27/2014 | 3008 | Credit First NA | Claim #: 5; Amount Claimed: 794.78; Amount Allowed: 794.78; Distribution Dividend: 38.17; | 7100-000 | | $303.34 | $5,560.04 |
| 02/27/2014 | 3009 | Capital One, N.A. | Claim #: 6; Amount Claimed: 214.30; Amount Allowed: 214.30; Distribution Dividend: 38.17; | 7100-000 | | $81.79 | $5,478.25 |
| 02/27/2014 | 3010 | Portfolio Investments II LLC | Claim #: 4; Amount Claimed: 372.56; Amount Allowed: 372.56; Distribution Dividend: 38.17; | 7100-900 | | $142.19 | $5,336.06 |
| 02/27/2014 | 3011 | Capital One Bank (USA), N.A. | Claim #: 2; Amount Claimed: 13,980.98; Amount Allowed: 13,980.98; Distribution Dividend: 38.17; | 7100-900 | | $5,336.06 | $0.00 |
| | | | | **SUBTOTALS** | $13,056.36 | $13,056.36 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-15988-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KOCH, JAMES SR. AND KOCH, JUDITH | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9141 | Checking Acct #: | ******8801 |
| Co-Debtor Taxpayer ID #: | **-***9142 | Account Title: | |
| For Period Beginning: | 4/19/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/25/2014 | 3008 | VOID: Credit First NA | Void Check | 7100-003 | | ($303.34) | $303.34 |
| 03/25/2014 | 3012 | Credit First NA | Claim #: 5; Amount Claimed: 794.78; Amount Allowed: 794.78; Distribution Dividend: 38.17; | 7100-000 | | $303.34 | $0.00 |
| | | | **TOTALS:** | | $13,056.36 | $13,056.36 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $13,056.36 | $13,056.36 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $13,056.36 | $13,056.36 | |

| For the period of 4/19/2012 to 6/13/2014 | | For the entire history of the account between 10/22/2012 to 6/13/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,056.36 | Total Compensable Receipts: | $13,056.36 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,056.36 | Total Comp/Non Comp Receipts: | $13,056.36 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $13,056.36 | Total Compensable Disbursements: | $13,056.36 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,056.36 | Total Comp/Non Comp Disbursements: | $13,056.36 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 12-15988-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KOCH, JAMES SR. AND KOCH, JUDITH | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9141 | Checking Acct #: | ******8801 |
| Co-Debtor Taxpayer ID #: | **-***9142 | Account Title: | |
| For Period Beginning: | 4/19/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $13,056.36 | $13,056.36 | $0.00 |

**For the period of 4/19/2012 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $13,056.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,056.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,056.36 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,056.36 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/19/2012 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $13,056.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,056.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,056.36 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,056.36 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ